IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>1) PAUL WILLIAM TARP; )<br>a.k.a. Paul W. Tarp; )<br>a.k.a. Paul Tarp; )<br>2) JULIE ANN CHAPMAN-TARP; )<br>3) BOARD OF COUNTY COMMISSIONERS )<br>OF CHOCTAW COUNTY, OKLAHOMA; & )<br>4) COUNTY TREASURER OF CHOCTAW )<br>COUNTY, OKLAHOMA; )<br>Defendants. ) | Case No. CIV-14-07-FHS-SPS |

**REPORT AND RECOMMENDATION**

Now on July 25, 2014, the undersigned Magistrate Judge takes under consideration the motion of plaintiff for confirmation of the sale of real estate made by the United States Marshal for the Eastern District of Oklahoma on June 3, 2014, under a Special Execution and Order of Sale issued out of the office of the Clerk of the United States District Court for the Eastern District of Oklahoma directing the sale of the following described real estate and premises situated and being in Choctaw County, Oklahoma, to-wit:

Beginning at the Southeast corner of the SE/4 of Section 14, Township 6 South, Range 16 East, thence South 88 degrees 15 minutes 36 seconds West along the South line thereof a distance of 1386.97 feet; thence north 00 degrees 12 minutes 11 seconds East a distance of 1926.43 feet; thence North 88 degrees 15 minutes 36 seconds East a distance of 1327.98 feet to a point on the East line of said SE/4; thence South 01 degree 33 minutes 06 seconds East along said East line a distance of 1925.33 feet to the point of beginning; said tract containing 60.00 acres, more or less, Choctaw County, Oklahoma

The undersigned Magistrate Judge has examined the proceedings of the United States Marshal under the Special Execution and Order of Sale. No objections have been filed. The Court therefore

finds that due and legal notice of the sale was given by publication once a week for at least four weeks prior to the date of sale in the Hugo Daily News, a newspaper published and of general circulation in Choctaw County, Oklahoma, as appears more fully from the proof of publication filed herein, and that on June 3, 2014, the property was sold to the United States of America, acting by and through the Farm Service Agency, United States Department of Justice, for the sum of $231,181.00, being the highest and best bidder. The undersigned Magistrate Judge further finds that the sale was in all respects in conformity with the law and judgment of this Court.

IT IS THEREFORE RECOMMENDED that the United States Marshal's Sale and all proceedings under the Order of Sale should be approved and confirmed and that the United States Marshal for the Eastern District of Oklahoma should make and execute to the purchaser, the United States of America, acting by and through the Farm Service Agency, United States Department of Justice, a good and sufficient deed for the property.

IT IS FURTHER RECOMMENDED that after the execution and delivery of the Deed to the purchaser by the United States Marshal, the purchaser should be granted possession of the property against any or all persons now in possession.

IT IS FURTHER RECOMMENDED that the proceeds of the sale conducted herein should be disbursed by the United States Marshal for the Eastern District of Oklahoma as follows:

| | | |
|---|---|---|
| FIRST: | To the payment of costs of this action in the amount of........ | $399.77 |
| | Appraisers fees ...... | $150.00 |
| | Publication of Notice of sale | $249.77 |
| SECOND: | The sum of......... to the U.S. Marshal Service for fees & mileage | $1,227.35 |

|  |  |  |
|---|---|---|
| THIRD: | The sum of .......... to the defendants, Board of County Commissioners of Choctaw County, Oklahoma & the County Treasurer of Choctaw County, Oklahoma for unpaid ad valorem taxes; | $1,370.17 |
| FOURTH: | The sum of ......... Payable to US Department of Justice in partial satisfaction of Plaintiff's judgment of .. which includes: | $228,183.71<br><br>$456,509.88 |
|  | Unpaid principal of .... Interest to judgment .... Interest to date of sale .. | $391,820.37<br>$ 53,847.03<br>$ 10,842.48 |
| FIFTH: | The residue, if any, to be paid to the Clerk of this court to abide the further order of the court. |  |

IT IS SO ORDERED this 25th day of July, 2014.

_Steven P. Shreder_
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma