# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) CIV 14-07-FHS-SPS |
| | ) |
| 1) **PAUL WILLIAM TARP; a.k.a. Paul W. TARP; a.k.a. Paul Tarp;** | ) |
| 2) **JULIE ANN CHAPMAN-TARP;** | ) |
| 3) **BOARD OF COUNTY COMMISSIONERS OF CHOCTAW COUNTY, OKLAHOMA; &** | ,) |
| 4) **COUNTY TREASURER OF CHOCTAW COUNTY, OKLAHOMA;** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge, (Dkt. 37) in which the Magistrate Judge recommends that the United States Marshal's Sale and all proceedings under the Order of Sale are hereby approved and confirmed and that the United States Marshal for the Eastern District of Oklahoma make and execute to the purchaser, the Farm Service Agency, United States Department of Justice, a good and sufficient deed for the property, more specifically described as follows:

> Beginning at the Southeast corner of the SE/4 of Section 14, Township 6 South, Range 16 East, thence South 88 degrees 15 minutes 36 seconds West along the South line thereof a distance of 1386.97 feet; thence north 00 degrees 12 minutes 11 seconds East a distance of 1926.43 feet; thence North 88 degrees 15 minutes 36 seconds East a distance of 1327.98 feet to a point on the East line of said SE/4; thence South 01 degree 33 minutes 06

seconds East along said East line a distance of 1925.33 feet to the point of beginning; said tract containing 60.00 acres, more or less, Choctaw County, Oklahoma

It was further recommended that after the execution and delivery of the Deed to the purchaser by the United States Marshal, the purchaser is hereby granted possession of the property against any or all persons now in possession.

It was also recommended that the proceeds of the sale conducted here be disbursed by the United States Marshal for the Eastern District of Oklahoma as follows:

FIRST: To the payment of costs of this action in the amount of ......... ...............$399.77

Appraisers fees...................$150.00

Publication of Notice of Sale ....$249.77

SECOND: The sum of........................$1,277.35 to the U.S. Marshal Service for fees & mileage.

THIRD: The sum of .......................$1,370.17 to the defendants, Board of County Commissioners of Choctaw County, Oklahoma & the County Treasurer of Choctaw County, Oklahoma for unpaid ad valorem taxes;

FOURTH: The sum of........................$228,183.71 Payable to US Department of Justice in partial satisfaction of Plaintiff's judgment of....... $456,509.88

Which includes:

Unpaid principal of .....   $391,820.37
Interest to judgment.....   $53,847.03
Interest to date of sale..  $10,842.48

FIFTH: The residue, if any, to be paid to the Clerk of this court to abide the further order of the court.

No objections were filed to said Report and Recommendation. Upon review, this Court hereby adopts the Report and Recommendation as the ruling of this court.  Accordingly, the Motion to Confirm Sale  (Dkt. 37) is hereby **GRANTED**.

       **IT IS SO ORDERED** this 21st day of August, 2014.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma